# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLY BULFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01217 |
| | ) | |
| WAL-MART STORES, INC., d/b/a | ) | |
| WAL-MART DISTRIBUTION | ) | |
| CENTER #6902, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties through their respective counsel hereby agree to stipulate to the entry of an Order granting Plaintiff a voluntary dismissal of the Complaint, with prejudice, and without the assessments of costs or attorneys' fees against either party.

DATED: September 19, 2008

/s/ Norma W. Zeitler
Norma W. Zeitler
Douglas M. Oldham
**BARNES & THORNBURG LLP**
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
E-mail: nzeitler@btlaw.com

Attorneys for Defendant

/s/ Timothy B. Zollinger
Timothy B. Zollinger
**Ward, Murray, Pace & Johnson, P.C.**
202 East 5th Street, P.O. Box 400
Sterling, Illinois 61081
Telephone: (815) 625-0400
Email: zollinger@wmpj.com

Attorney for Plaintiff